UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

_____

| | |
|---|---|
| PAULINE C. RICHARDSON | CIVIL ACTION NO. 04-2565 |
| versus | JUDGE HICKS |
| | **REFERRED TO:** |
| COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION | **MAGISTRATE JUDGE HORNSBY** |

_____

## J U D G M E N T

In accordance with the Memorandum Ruling issued this date, the Commissioner's decision to deny benefits is **AFFIRMED**, and Plaintiff's complaint is **DISMISSED WITH PREJUDICE**.

THUS DONE AND SIGNED at Shreveport, Louisiana, this 7th day of March, 2006.

_____
MARK L. HORNSBY
UNITED STATES MAGISTRATE JUDGE